J. W. PRESTON, AS MARSHAL AND EX-OFFICIO TAX COL-
LECTOR OF THE CITY OF ORLANDO, PLAINTIFF IN
ERROR, VS. THE STATE OF FLORIDA *ex rel.* H. W.
METCALF AND A. F. WILLIAMS, DEFENDANT IN
ERROR.

Appellate practice—Scire facias ad audiendum errores, how
   returnable.

A writ of scire facias ad audiendum errores issued on January
   28th, 1897, a day within a pending term of the appellate court,
   and made returnable to a day within the same term, can
   not be effectual to give such court jurisdiction over the per-
   son of the defendant in error served therewith; and, if he in
   nowise appears nor waives such defect in said writ, the
   cause will be dismissed.

Writ of Error to the Circuit Court   for   Orange
County.

*W. H. Jewell,* for Plaintiff in Error.

No appearance for Defendant in Error.

PER CURIAM.

This cause having been regularly reached on the
docket for final determination and was referred by the
court to its Commissioners for consideration, and they
having reported the same for dismissal, and it appearing
to the court that the *scire facias ad audiendum errores* in
the cause was issued on the 28th day of January, 1897,
returnable the 2nd day of March of the same year, the
same being a day within the term of this court during
which said writ was issued, and further that no appear-
ance has been made in this court by defendant in error
or waiver of the defect in said writ, it is therefore ordered
that said cause be and the same is hereby dismissed.